## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **BRIAN KEITH BABINEAUX** | **CIVIL DOCKET NO.  6:23-CV-01008** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **RANDAL MCCANN** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 15], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this Civil Rights COMPLAINT [Doc. 1] be DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in Chambers this 29th day of November 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE